CASES DETERMINED

IN THE

# SUPREME COURT

AT THE

JUNE TERM, 1900.

PRESENT:

THE HON. THEO. BRANTLY, Chief Justice.

THE HON. WILLIAM T. PIGOTT, } Associate Justices.
THE HON. R. LEE WORD,

HELENA & LIVINGSTON SMELTING AND REDUC-
TION CO., APPELLANT *v.* LYNCH ET AL.,
RESPONDENTS.

| 24 | 241 |
| 24 | 330 |
| 24 | 241 |
| 26 | 415 |
| 24 | 241 |
| 33 | 4 |

[No. 1,345.]

*Messrs. Cullen & Day,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondents.